IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIE C. FORD, JR.,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-6219

Opinion filed October 29, 2014.

Petition for Ineffective Assistance of Counsel – Original Jurisdiction.

Willie C. Ford, Jr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Jay Kubica, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

DENIED.

LEWIS, C.J., CLARK and MARSTILLER, JJ., CONCUR.